No. 87–1452. WISE ET AL. *v.* ARLINGTON COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 87–1472. OWENS-ILLINOIS, INC., ET AL. *v.* DANFIELD ET UX. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–1479. CARLIN COMMUNICATIONS, INC., ET AL. *v.* MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–6087. POLIAK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–6260. ROUGEAU *v.* TEXAS. Ct. Crim. App. Tex.;
No. 87–6522. MESSER *v.* ZANT, WARDEN. C. A. 11th Cir.; and
No. 87–6554. OLIVER *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Robeson County, N. C. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6570. BRENNAN *v.* CITY OF MOUNT DORA, FLORIDA, ET AL. D. C. M. D. Fla. Certiorari before judgment denied.

No. 87–317. BEMIS PENTECOSTAL CHURCH ET AL. *v.* TENNESSEE ET AL., *ante,* p. 930. Petition for rehearing denied.